# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BERNARD A. D'AMOUR, WILLIAM C.     :    No. 132 MM 2019
BOEGLY, FRANCIS M. HIGGINS, JOSEPH   :
ARRELL, WILLIAM ALBANY, GEORGE     :
CLEMENT, HENRY HASSON, JAMES      :
HERZOG, WILLIAM RAQUET AND JOHN    :
SHEEHAN,                                    :
                                        :
              Respondents       :
                                          :
             v.                        :
                                          :
LOWER MERION TOWNSHIP AND BOARD   :
OF COMMISSIONERS OF THE TOWNSHIP   :
OF LOWER MERION AND BOARD OF      :
TRUSTEES OF THE TOWNSHIP OF        :
LOWER MERION POLICE PENSION       :
FUND,                                         :
                                          :
             Petitioners

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of February, 2020, the Petition for Review is DENIED.